

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2014

No. 04-13-00720-CV

Marilyn **STEWART**,
Appellant

v.

**THE CITY OF SAN ANTONIO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09344
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

By opinion and order dated July 23, 2014, this court dismissed this appeal based on appellant's failure to pay the fees for the preparation and filing of the clerk's and reporter's records for the appeal. On August 13, 2014, we denied appellant's motion to reconsider. On September 22, 2014, appellant filed a letter which she refers to as a motion to file a brief; however, this court is unable to consider a brief from appellant in the absence of a record. Appellant's motion is DENIED.

It so **ORDERED** on September 29, 2014.

PER CURIAM

ATTESTED TO: _____
           Keith E. Hottle
           Clerk of Court